**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**William Abel YATES, Defendant–**
**Appellant.**

**No. 01–7812.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 13, 2002.

Decided March 25, 2002.

William Abel Yates, Appellant Pro Se. Lawrence Patrick Auld, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINS, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM.

William Abel Yates seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Ac-

---

prison officials for mailing. *See* Fed. R.App. P. 4(c); *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

cordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Yates,* Nos. CR–98–95; CA–00–785–1 (M.D.N.C. Sept. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*